VICTOR R. GERBER, Respondent, *v.* DANIEL THRON, Appellant.

Submitted November 17, 1941; decided December 10, 1941.

*Irving E. Kanner* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

WALKER MEMORIAL BAPTIST CHURCH, INC., Respondent, *v.* JOHN W. SAUNDERS et al., Appellants.

Submitted November 24, 1941; decided December 10, 1941.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 285 N. Y. 462.)